# MISCELLANEOUS SUPREME COURT DISPOSITION

## BALLOT TITLE

### November 28, 2017

Swanson v. Rosenblum (S065181). Having received no timely filed objections, the court certifies to the Secretary of State the Attorney General's modified ballot title for Proposed Initiative Petition No. 19 (2018), ORS 250.085(9).